*Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
**FILED**
JUN 07 2018
David J. Bradley, Clerk of Court

United States of America
v.

(1) Jorge Angel RODRIGUEZ

*Defendant(s)*

Case No. B-18-523-MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __6/6/2018__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and 21 U.S.C. 846 | knowingly and intentionally possess with the intent to distribute approx. 155.5 kgs of marijuana, a schedule I controlled substance; and conspiracy to possess with intent to distribute the same approx. 155.5 kgs of marijuana. |

This criminal complaint is based on these facts:

See Attachment

☑ Continued on the attached sheet.

*Complainant's signature*

Joseph Garcia, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __6/7/2018__

City and state: __Brownsville, Texas__

*Judge's signature*

Ronald G. Morgan, US Magistrate Judge
*Printed name and title*

Page 1 of 1
United States
    V.
(1) Jorge Angel RODRIGUEZ

## ATTACHMENT – A
## (AFFIDAVIT)

On June 6, 2018, at approximately 9:55am, Fort Brown Border Patrol Agents were conducting patrol operations near Alaska Road and Oklahoma Road in Brownsville, Texas, an area known for narcotic smuggling. Agents observed a white in color pick-up truck on a trailer floating across from Mexico near the US side of the river bank. The truck was off loaded onto the US river bank and travelled northbound away from the river at a high rate speed toward the area known as "Alaska Gap." Agents responded to the area and followed the vehicle. The vehicle stopped at the intersection of Alaska Road and Browne Road, when agents observed two subjects flee from the vehicle and run behind a residence. The driver, wearing black pants and black shirt attempted to hide under a black tarp. Agents apprehended the driver who was identified as Jorge Angel RODRIGUEZ. The passenger, a fourteen year old United States Citizen, was also apprehended. Agents recovered fourteen (14) bundles from the bed of the truck which field tested positive for marijuana. The fourteen (14) bundles of marijuana weighed approximately 155.55 kgs.

Post advisement of rights by DEA Agents and Border Patrol Agents, RODRIGUEZ made statements to investigators to substantiate that he knowingly and intentionally possessed with intent to distribute marijuana from Mexico to unknown persons in the United States.

_____
*Complainant's Signature*

Joseph Garcia, DEA Special Agent
*Printed Name and Title*

Sworn to before me, and subscribed in my presence,

Date: June 7, 2018

City and State: Brownsville, Texas

_____
*Judge's Signature*

Ronald G. Morgan, United States Magistrate
*Printed Name and Title*